# United States District Court
## Violation Notice

NP23251919 (Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EC62 | 09991230 | Paxton | 1678 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 07/27/2023 0804AM
Offense Charged: ☒ CFR ☐ USC ☐ State Code — 36 CFR 4.23(a)(1)

Place of Offense: Lighthouse Rd

Offense Description: Factual Basis for Charge — HAZMAT ☐
Operating under the influence to a degree that renders them incapable of safe vehicle operation

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Graft, III | Harold | W |

Street Addre--

## REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

buddy_graft@hotmail.com

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: Notice Served
Date: 
Time:

2:23-MJ-1048-1

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Arrest

Original - CVB Copy

*09991230*

# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EC62 | I9991230 | PAXTON, J | 1678 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged |
|---|---|
| 07/28/2023 ~~22:17~~ 27 EP 2000 | 36 CFR 4.23(a)(1) Operating or being in actual physical control of vehicle while under influence of alcohol, drugs or combination of both (Misd) |

**Place of Offense**
LIGHTHOUSE ROAD PRIMARY, LIGHTHOUSE ROAD, BUXTON, North Carolina, DARE

**Offense Description: Factual Basis for Charge**  HAZMAT ☐
OPERATING OR BEING IN ACTUAL PHYSICAL CONTROL OF VEHICLE WHILE UNDER INFLUENCE OF ALCOHOL, DRUGS OR COMBINATION OF BOTH

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| GRAFT | HAROLD | W |

## REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions (on reverse side). | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions (on reverse side). |
| | $ Forfeiture Amount |
| | + $ 0.00 Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov >>> | $ Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date // |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

## STATEMENT OF PROBABLE CAUSE
### (For issuance of an arrest warrant or summons)

I state that on July 27, 2023 while exercising my duties as a law enforcement officer in the EASTERN District of North Carolina

within the exterior boundaries of Cape Hatteras National Seashore, I was running stationary radar in a marked patrol vehicle with U.S. Park Ranger (USPR) Anderson on Lighthouse Rd at approximately 2000 hours, when I observed a white truck headed outbound. The truck appeared to be traveling at a speed greater than the posted speed limit of 25 mph. USPR Anderson and the radar unit confirmed the speed to be 35 mph. After the truck passed our stopped patrol vehicle, I observed the truck cross the center/yellow line as it maneuvered a left handed curve.

USPR Anderson stopped the truck, identified as a white 2012 Chevrolet with Pennsylvania license plate         . USPR Anderson identified the driver as Harold Wayne GRAFT, III by communication checks through dispatch and his PA driver's license. USPR Anderson asked GRAFT to roll down all the windows in the truck. As GRAFT did so, I smelled a strong odor of alcohol emit from the open window of the rear passenger side of the truck. USPR Anderson asked GRAFT how much he had to drink. GRAFT indicated that neither he nor his passengers, two of which were children, had drunk any alcohol. GRAFT's speech was slow and stunted, and questions had to be repeated to him several times before he answered.

USPR Anderson requested GRAFT to perform Standardized Field Sobriety Tests (SFSTs), to which he agreed. USPR Anderson conducted SFSTs, observing 4 of 6 clues on Horizontal Gaze Nystagmus, 5 of 8 clues on the Walk and Turn, and 3 of 4 clues on One Leg Stand. USPR Anderson requested GRAFT to perform a portable breath test (PBT). GRAFT provided breath samples of .11% BrAC then, after 6 minutes, .13% BrAC.

I arrested GRAFT for violation of 36 CFR 4.23(a)(1): Operate or be in actual physical control of a motor vehicle, while under the influence of alcohol, or a drug, or drugs, or any combination to a degree rendering operator of safe operation.

I requested GRAFT to provide a breath sample on the Intox EC/IR-II instrument at the Dare County Sherriff's Hatteras District Office. GRAFT consented, finding a reported AC of .10 g/210L.

I charged GRAFT with violation of 36 CFR 4.23(a)(2): The alcohol concentration in the operator's blood or breath is 0.08 grams or more of alcohol per 100 milliliters of blood or 0.08 grams or more of alcohol per 210 liters of breath.

NP23231919, VN: 09991230

The foregoing statement is based upon:

☒ my personal observation       ☒ my personal investigation

☒ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: // 07/28/2023
Date (mm/dd/yyyy)          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:

_____   _____
Date (mm/dd/yyyy)              U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident, **PASS** = 9 or more passenger vehicle,
**CDL** = Commercial driver's license, **CMV** = Commercial vehicle involved in incident.

# United States District Court
## Violation Notice

NP2323 1919 (Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| E462 | 09991231 | Paxton | 1678 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 04/27/2023 0800PM
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 36 CFR 4.23(a)(2)

Place of Offense: Lighthouse Rd

Offense Description: Factual Basis for Charge — HAZMAT ☐
Operating with a BAC of .08 or greater.

### DEFENDANT INFORMATION
Last Name: Graft, II
First Name: Harold
M.I.: W

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

buddy-graft@hotmail.com

PAY THIS AMOUNT AT www.cvb.uscourts.gov

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: Notice Served
Date:
Time:

2:23-MJ-1048-2

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Arrest

Original - CVB Copy

*09991231*

# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EC62 | I9991231 | PAXTON, J | 1678 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged |
|---|---|
| 07/28/2023 ~~22:17~~ 27 ~~2000~~ | 36 CFR 4.23(a)(2) Alcohol concentration in the operator's blood or breath is 0.08 grams or more of alcohol per 100 milliliters of blood or 0.08 grams or more of alcohol per 210 liters of breath (Misd) |

**Place of Offense**
LIGHTHOUSE ROAD PRIMARY, LIGHTHOUSE ROAD, BUXTON, North Carolina, DARE

**Offense Description: Factual Basis for Charge** HAZMAT ☐
ALCOHOL CONCENTRATION IN THE OPERATOR'S BLOOD OR BREATH IS 0.08 GRAMS OR MORE OF ALCOHOL PER 100 MILLILITERS OF BLOOD OR 0.08 GRAMS OR MORE OF ALCOHOL PER 210 LITERS OF BREATH

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| GRAFT | HAROLD | W |

**REDACTED VERSION**

Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions (on reverse side). | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions (on reverse side). |
| | $ Forfeiture Amount |
| | + $ 0.00 Processing Fee |
| **PAY THIS AMOUNT AT** www.cvb.uscourts.gov >>> | $ Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date // |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 27, 2023 while exercising my duties as a law enforcement officer in the EASTERN District of North Carolina

within the exterior boundaries of Cape Hatteras National Seashore, I was running stationary radar in a marked patrol vehicle with U.S. Park Ranger (USPR) Anderson on Lighthouse Rd at approximately 2000 hours, when I observed a white truck headed outbound. The truck appeared to be traveling at a speed greater than the posted speed limit of 25 mph. USPR Anderson and the radar unit confirmed the speed to be 35 mph. After the truck passed our stopped patrol vehicle, I observed the truck cross the center/yellow line as it maneuvered a left handed curve.

USPR Anderson stopped the truck, identified as a white 2012 Chevrolet with Pennsylvania license plate           . USPR Anderson identified the driver as Harold Wayne GRAFT, III by communication checks through dispatch and his PA driver's license. USPR Anderson asked GRAFT to roll down all the windows in the truck. As GRAFT did so, I smelled a strong odor of alcohol emit from the open window of the rear passenger side of the truck. USPR Anderson asked GRAFT how much he had to drink. GRAFT indicated that neither he nor his passengers, two of which were children, had drunk any alcohol. GRAFT's speech was slow and stunted, and questions had to be repeated to him several times before he answered.

USPR Anderson requested GRAFT to perform Standardized Field Sobriety Tests (SFSTs), to which he agreed. USPR Anderson conducted SFSTs, observing 4 of 6 clues on Horizontal Gaze Nystagmus, 5 of 8 clues on the Walk and Turn, and 3 of 4 clues on One Leg Stand. USPR Anderson requested GRAFT to perform a portable breath test (PBT). GRAFT provided breath samples of .11% BrAC then, after 6 minutes, .13% BrAC.

I arrested GRAFT for violation of 36 CFR 4.23(a)(1): Operate or be in actual physical control of a motor vehicle, while under the influence of alcohol, or a drug, or drugs, or any combination to a degree rendering operator of safe operation.

I requested GRAFT to provide a breath sample on the Intox EC/IR-II instrument at the Dare County Sherriff's Hatteras District Office. GRAFT consented, finding a reported AC of .10 g/210L.

I charged GRAFT with violation of 36 CFR 4.23(a)(2): The alcohol concentration in the operator's blood or breath is 0.08 grams or more of alcohol per 100 milliliters of blood or 0.08 grams or more of alcohol per 210 liters of breath.

NP23231919, VN: 09991231

The foregoing statement is based upon:

☒ my personal observation    ☒ my personal investigation

☒ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: // 07/27/2023
Date (mm/dd/yyyy)       Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)       U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident, **PASS** = 9 or more passenger vehicle,
**CDL** = Commercial driver's license, **CMV** = Commercial vehicle involved in incident.